# United States District Court

FOR THE

WESTERN DISTRICT OF MISSOURI

**UNITED STATES OF AMERICA**

    *v.*                                Crim. No.     90-00133-01-CR-W-1

**BOLES, LORENZO B.**

On November 16, 2001, the above named was placed on supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

                                                                  Respectfully submitted,

                                                                  */s/ Stephanie K. Wiley*

                                                                  Stephanie K. Wiley  
                                                                  U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of JUNE, 2006.

                                                                                    /s/ DEAN WHIPPLE  
                                                                                       DEAN WHIPPLE  
                                              CHIEF UNITED STATES DISTRICT JUDGE